Argued and submitted September 30, one five-year minimum sentence vacated; otherwise affirmed November 23, 1988; reconsideration allowed by opinion February 22, 1989
See 95 Or App 369, 769 P2d 238 (1989)

STATE OF OREGON,
*Respondent,*

*v.*

KEVIN EUGENE GRIMM,
*Appellant.*

(86C-21520; CA A47650)

764 P2d 622

Ingrid A. MacFarlane, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Brenda J Peterson, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warden, Presiding Judge, and Graber and Riggs, Judges.

PER CURIAM

## PER CURIAM

Defendant, who pled guilty to two counts of assault in the third degree with a firearm, assigns as error the trial court's imposition of two five-year gun minimum sentences pursuant to ORS 161.610. The state concedes that defendant should have received only one five-year minimum sentence. We agree, and modify the trial court's sentence to vacate the second five-year minimum sentence. *State v. Hardesty,* 298 Or 616, 695 P2d 569 (1985); *State v. Dickerson,* 91 Or App 553, 756 P2d 59 (1988).

One five-year minimum sentence vacated; otherwise affirmed.